STATE OF NEW JERSEY v. JAMES TUCKER.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL FANNY.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ISRAEL NALES.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES GRIFFIN.

May 2, 1989.

Petition for certification denied.